UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CEJA CAMACHO., | No. 2:22-cv-0608 AC P |
| Plaintiff, | |
| v. | ORDER |
| CMF VACAVILLE, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed an in forma pauperis application and certified prison trust account statement. ECF Nos. 2, 5. Although plaintiff's trust account statement shows he currently has a zero balance, his application states that he has cash in the amount of $4,226.21 and a monthly gross income of $1,030.04. ECF No. 2 at 2. He also states that he has monthly expenses in the amount of $1,880.00. Id.

In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure and either pay both the $350.00 filing fee and the $52.00 administrative fee for a civil action or file an application requesting leave to proceed in forma pauperis.[1]  See 28 U.S.C. §§ 1914(a), 1915(a). The court may authorize the commencement of an

---

[1] Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1

action "without prepayment of fees or security therefor" by an individual who submits an affidavit evidencing an inability to pay such fees or give security therefor. 28 U.S.C. § 1915(a). Plaintiff has made an inadequate showing of indigency in the application before the court. He will therefore be granted twenty-one days in which to submit the appropriate filing fee to the Clerk of the Court or explain to the court why he cannot pay the fee. Plaintiff is cautioned that failure to pay the fee or explain why he cannot pay the fee will result in a recommendation that the application to proceed in forma pauperis be denied and the instant action be dismissed without prejudice if the fee remains unpaid.

      Accordingly, IT IS HEREBY ORDERED that, within twenty-one days from the date of this order, plaintiff shall submit the appropriate filing and administrative fees totaling $402 to the Clerk of the Court or explain why he is unable to pay such fees.

DATED: April 11, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE