UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CEJA CAMACHO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CMF VACAVILLE,<br><br>　　　　Defendant. | No. 2:22-cv-0608 AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed an in forma pauperis application in which he states that he has cash in the amount of $4,226.21, a monthly gross income of $1,030.04, and monthly expenses of $1,880.00. ECF No. 2. By order filed April 12, 2022, the court found that plaintiff had made an inadequate showing of indigency and he was ordered to either pay the fee or explain why he could not pay the fee within twenty-one days. ECF No. 6. Plaintiff was cautioned that failure to explain why he could not pay the fee would result in a recommendation that the application to proceed in forma pauperis be denied. Id. Twenty-one days have now passed, and plaintiff has not paid the filing fee, explained why he cannot pay the fee, or otherwise responded to the order.

　　　Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action.

////

1

IT IS FURTHER RECOMMENDED that:

1. Plaintiff's motion for leave to proceed in forma pauperis (ECF No. 2) be DENIED.

2. Plaintiff be given thirty days to pay the filing fee or face dismissal of the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 17, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE