UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS CEJA CAMACHO,

          Plaintiff,

    v.

CMF VACAVILLE,

          Defendant.

No.  2:22-cv-0608 WBS AC P

ORDER

Plaintiff has requested a thirty-day extension of time to file objections to the May 18, 2022, findings and recommendations.  The current deadline is June 6, 2022.  Good cause appearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motions for an extension of time (ECF Nos. 10, 11) are GRANTED.

    2.  Plaintiff is granted an additional thirty days, up to July 6, 2022, to file his objections.

DATED: June 1, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1