UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CEJA CAMACHO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CMF VACAVILLE,<br><br>　　　　Defendant. | No.  2:22-cv-0608 WBS AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed an in forma pauperis application in which he states that he has cash in the amount of $4,226.21, a monthly gross income of $1,030.04, and monthly expenses of $1,880.00. ECF No. 2.  After the court found that plaintiff had made an inadequate showing of indigency, he was ordered to either pay the filing fee or explain why he could not do so.  ECF No. 6.  When plaintiff failed to pay the filing fee or otherwise respond to the order, the undersigned issued findings and recommendations recommending that plaintiff's motion for leave to proceed in forma pauperis be denied.  ECF No. 7.  Plaintiff then sought and was granted an extension of time to file objections to the findings and recommendations.  ECF Nos. 10, 11, 13.  The current deadline for filing objections is July 6, 2022.  ECF No. 13.

　　　　Plaintiff has now filed a document styled as a motion to explain why he cannot pay the filing fee and for a ninety-day extension of time to "address the problem properly."  ECF No. 14.

1

The motion states that a government agency has placed a hold on his account and includes a letter showing that a hold in the amount of $607.34 was placed on plaintiff's account on July 27, 2021. Id. at 2. Plaintiff has also filed a document in which he appears to indicate that he is either unable to withdraw money from the account or no longer has money in the account. ECF No. 8.

It is unclear whether plaintiff is seeking additional time to resolve the hold on his account in order to pay the filing fee or whether he is seeking an extension of time to file objections that further explain why he is unable to pay the filing fee. Because plaintiff was just recently granted an additional thirty days to file his objections and it is unclear what he is seeking additional time to do, his motion will be granted only in part. Plaintiff will be granted an additional twenty-one days to file any objections to the findings and recommendations. If plaintiff plans to object to the findings and recommendations on the ground that he is unable to pay the filing fee, he should clearly explain why he is unable to pay the fee. If plaintiff is unable to access his money because of the hold on his account, he should provide documentation showing that the hold, which was initiated nearly one year ago, is still in place, and he should explain why he is unable to resolve the hold. If plaintiff has less money than he indicated in his original application to proceed in forma pauperis, he should provide updated information on the amount of money that he has. Plaintiff may, alternatively, pay the filing fee in full rather than file objections.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time (ECF No. 14) is GRANTED in part. Plaintiff shall have an additional twenty-one days, up to July 27, 2022, to file objections to the May 18, 2022 findings and recommendations.

DATED: June 8, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE