UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS CEJA CAMACHO, | No. 2:22-cv-0608 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| CMF VACAVILLE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed an application to proceed in forma pauperis in which he states that he has cash in the amount of $4,226.21, a monthly gross income of $1,030.04, and monthly expenses of $1,880.00. ECF No. 2. Because the application did not make an adequate showing of indigency, plaintiff was ordered to pay the filing fee or explain why he could not do so. ECF No. 6. When plaintiff failed to pay the filing fee or otherwise respond to the order, the undersigned issued findings and recommendations recommending that plaintiff's application for leave to proceed in forma pauperis be denied. ECF No. 7. Plaintiff then filed documents showing that on July 27, 2021, a government agency placed a hold on his account in the amount of $607.34 and stating that he was either unable to withdraw money or no longer had money in the account. ECF Nos. 8, 14. Plaintiff was given an extension of time to file objections to the findings and recommendations and advised as follows:

1

> If plaintiff plans to object to the findings and recommendations on the ground that he is unable to pay the filing fee, he should clearly explain why he is unable to pay the fee. If plaintiff is unable to access his money because of the hold on his account, he should provide documentation showing that the hold, which was initiated nearly one year ago, is still in place, and he should explain why he is unable to resolve the hold. If plaintiff has less money than he indicated in his original application to proceed in forma pauperis, he should provide updated information on the amount of money that he has.

ECF No. 15 at 2.

Plaintiff has now filed objections to the findings and recommendations, stating that he objects to the recommendation that he be denied in forma pauperis status and that he has provided documentation showing that the hold on his account is still in place. ECF No. 16. However, no documentation showing the hold is still in place has been provided, and plaintiff has not explained why he has been unable to resolve the hold on his account when the amount of the hold is a substantially smaller amount than he claimed to have available in his application to proceed in forma pauperis. Because it appears that plaintiff may have inadvertently forgotten to attach the required documentation, he will be given a final opportunity to do so. Plaintiff must also explain why he has been unable to resolve the hold on his account. If the reason is that he no longer has sufficient funds to pay the amount of the hold, plaintiff should provide an updated in forma pauperis application that shows how much money he has currently.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall have twenty-one days from the service of this order to provide the documentation and information outlined above in support of his objections to the May 18, 2022, findings and recommendations.

DATED: August 10, 2022

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE